IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**JIMMY ASHLEY**                                                                 PLAINTIFF

v.                                  No. 3:23-cv-6-DPM

**HAAS-BROWN DEVELOPMENT, LLC**                                  DEFENDANT

ORDER

    Paul Waddell is on my recusal list. I recuse. The Clerk of Court must reassign this case at random by chip exchange.

    So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

9 February 2023